# EXHIBIT A

SEIGEL CAPOZZI LAW FIRM LLC
505 Goffle Road
Ridgewood, New Jersey 07450
Attorney for Plaintiffs
(201) 444-4000

| | |
|---|---|
| PAMELA WILLIAMS, as Administrator and Administrator Ad Prosequendum of the ESTATE OF LAWRENCE LEROY WILLIAMS and PAMELA WILLIAMS, Individually, | SUPERIOR COURT OF NEW JERSEY LAW DIVISION: PASSAIC COUNTY |

DOCKET NO.: PAS-L-289-15

                    Plaintiffs

                                            **Civil Action**

v.                                          **SUMMONS**

ST. JOSEPH'S REGIONAL MEDICAL
CENTER, DR. HOSSAIN, WALDEMAR
SILVA, M.D., BENEDICTA JIMENEZ,
R.N., MARY ANN YUMUL, R.N.,
KATHLEEN HORTELANO, R.N., VALERIE
SIFUENTES, PCA, JOHN DOE M.D. -1
(ATTENDING PHYSICIAN AT
APPROXIMATELY 9:30 P.M. ON
3/16/2014), JOHN DOE, M.D.-1
(Attending Physician at
approximately 9:30 p.m. on
3/16/2014) JOHN DOE, M.D.-2
(Physician co-signing Dr. Hossain's
3/17/12 note timed at 1:20 a.m.),
JANE DOE, R.N.-1(Nurse involved at
time Plaintiff hit his head on I.V.
pole), JOHN DOE, M.D. 3-10, JANE
DOE M.D. 1-5, JOHN DOE R.N. 1-5,
JANE DOE, R.N. 2-5, JOHN DOE 1-10,
JANE DOE 1-10, fictitious names
whose present identities are
unknown,

                    Defendants.

From The State of New Jersey, To The Defendants Named Above:

**Waldemar Silva, M.D. c/o St. Joseph's Regional Medical Center**

     The plaintiff, named above, has filed a lawsuit against you in
the Superior Court of New Jersey.  The complaint attached to this
summons states the basis for this lawsuit.  If you dispute this

complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (The address of each deputy clerk of the Superior Court is provided.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the clerk of the Superior Court, Hughes Justice Complex, CN 971, Trenton, New Jersey 08625. A filing fee* payable to the Clerk of the Superior Court and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

*Michelle M. Smith* /S/

Michelle M. Smith, Clerk
Superior Court of New Jersey

Dated: February 9, 2015

Name of Defendant to be Served: **Waldemar Silva, M.D. c/o St. Joseph's Regional Medical Center**

Address of the Defendant: **703 Main Street**
**Paterson, New Jersey 07501**

\* **$105.00 For Chancery Division Cases or $135.00 for Law Division Cases**

2

RECEIVED and FILED
Superior Court of New Jersey

JAN 29 2015

Passaic County

Douglas S. Grossbart, Esq.
Attorney ID: 044681997
SEIGEL CAPOZZI LAW FIRM, LLC
505 Goffle Road
Ridgewood, New Jersey 07450
Telephone No.: 201-444-4000
Facsimile No.: 201-444-7717
Attorneys for Plaintiff

| | |
|---|---|
| PAMELA WILLIAMS, as Administrator and Administrator Ad Prosequendum of the ESTATE OF LAWRENCE LEROY WILLIAMS, and PAMELA WILLIAMS, Individually,<br><br>　　　　　　　　**Plaintiffs**<br><br>　　　v.<br><br>ST. JOSEPH'S REGIONAL MEDICAL CENTER, DR. HOSSAIN, WALDEMAR SILVA, M.D., BENEDICTA JIMENEZ, R.N., MARY ANN YUMUL, R.N., KATHLEEN HORTELANO, R.N., VALERIE SIFUENTES, PCA, JOHN DOE, M.D.-1 (Attending Physician at approximately 9:30 p.m. on 3/16/2014), JOHN DOE, M.D. - 2 (Physician co-signing Dr. | : SUPERIOR COURT OF NEW JERSEY<br>: LAW DIVISION: PASSAIC COUNTY<br>: DOCKET NO.: PAS -L- 289-15<br>:<br>: 　　　　Civil Action<br>:<br>:<br>:<br>: 　*COMPLAINT AND JURY DEMAND,*<br>*AFFIDAVIT OF MERIT, DESIGNATION OF*<br>*TRIAL COUNSEL, DEMAND FOR*<br>*INSURANCE INFORMATION, DEMAND FOR*<br>*ANSWERS TO FORM C and C(3)*<br>*INTERROGATORIES, NOTICE TO*<br>*PRODUCE* |

Hossain's 3/17/14 note timed :
at 1:20 a.m.), JANE DOE, R.N. :
- 1 (Nurse involved at time :
Plaintiff hit his head on I.V. :
pole), JOHN DOE, M.D., 3-10, :
JANE DOE, M.D. 1-5,   JOHN :
DOE, R.N. 1-5, JANE DOE, R.N., :
2-5, JOHN DOE, 1-10, JANE DOE, :
1 -10 AND ABC-XYZ CORPORATION :
1-10, fictitious names whose :
present identities are :
unknown, :
:
:

### *Defendants.*

Plaintiff, PAMELA WILLIAMS, residing in Paterson, County of Passaic, by way of complaint against the defendants, says:

### FIRST COUNT

1.    The plaintiff, PAMELA WILLIAMS, is the Aunt of the plaintiff's decedent, LAWRENCE LEROY WILLIAMS, who died on March 24, 2014.

2.    The plaintiff, PAMELA WILLIAMS, is the Administrator and Administrator Ad Prosequendum of the Estate of LAWRENCE LEROY WILLIAMS, late of Paterson, County of Passaic, who died on March 24, 2014.

3.    Pamela Williams was appointed as Administrator ad Prosequendum on August 7, 2014.

4.    On or about March 10, 2014, Lawrence Leroy Williams came under the care of the defendants, ST. JOSEPH'S REGIONAL MEDICAL

CENTER, DR. HOSSAIN, WALDEMAR SILVA, M.D., BENEDICTA JIMENEZ, R.N., MARY ANN YUMUL, R.N., KATHLEEN HORTELANO, R.N., VALERIE SIFUENTES, PCA, JOHN DOE, M.D.-1 (Attending Physician at approximately 9:30 p.m. on 3/16/2014), JOHN DOE, M.D. - 2 (Physician co-signing Dr. Hossain's 3/17/14 note timed at 1:20 a.m.), JANE DOE, R.N. - 1 (Nurse involved at time Plaintiff hit his head on I.V. pole), JOHN DOE, M.D., 3-10, JANE DOE, M.D. 1-5,  JOHN DOE, R.N. 1-5, JANE DOE, R.N., 2-5, JOHN DOE, 1-10, JANE DOE, 1 -10 AND ABC-XYZ CORPORATION 1-10,, fictitious names whose present identities are unknown.

5.    At all relevant times, LAWRENCE LEROY WILLIAMS, was a patient of the defendants, ST. JOSEPH'S REGIONAL MEDICAL CENTER, DR. HOSSAIN, WALDEMAR SILVA, M.D., BENEDICTA JIMENEZ, R.N., MARY ANN YUMUL, R.N., KATHLEEN HORTELANO, R.N., VALERIE SIFUENTES, PCA, JOHN DOE, M.D.-1 (Attending Physician at approximately 9:30 p.m. om 3/16/2014), JOHN DOE, M.D. - 2 (Physician co-signing Dr. Hossain's 3/17/14 note timed at 1:20 a.m.), JANE DOE, R.N. - 1 (Nurse involved at time Plaintiff hit his head on I.V. pole), JOHN DOE, M.D., 3-10, JANE DOE, M.D. 1-5,  JOHN DOE, R.N. 1-5, JANE DOE, R.N., 2-5, JOHN DOE, 1-10, JANE DOE, 1 -10 AND ABC-XYZ CORPORATION 1-10, fictitious names whose present identities are unknown.

6.    Defendant, ST. JOSEPH'S REGIONAL MEDICAL CENTER, is a corporation, company, hospital and/or other health care entity, located in the City of Paterson, County of Passaic, State of New

Jersey, who, through their agents, servants, employees and/or assignees, provides hospital, emergency, surgical and/or other medical care.

7.    Defendant, DR. HOSSAIN, was, at all times relevant, a physician licensed by the state of New Jersey, whose specialty, if any, is currently unknown, and practicing, including at defendant, ST. JOSEPH'S REGIONAL MEDICAL CENTER.

8.    Defendant, WALDEMAR SILVA, M.D., was, at all times relevant, a Physician licensed by the state of New Jersey and practicing in the specialty of Internal Medicine, including at defendant, ST. JOSEPH'S REGIONAL MEDICAL CENTER.

9.    Defendants, BENEDICTA JIMENEZ, R.N., MARY ANN YUMUL, R.N., and KATHLEEN HORTELANO, R.N., were, at all times relevant, Registered Nurse(s) licensed by the state of New Jersey and practicing, including at defendant, ST. JOSEPH'S REGIONAL MEDICAL CENTER.

10.    Defendant, VALERIE SIFUENTES, PCA, was, at all times relevant, a PCA, licensed by the state of New Jersey and practicing, including at defendant, ST. JOSEPH'S REGIONAL MEDICAL CENTER.

11.    Defendant, JOHN DOE, M.D.-1 (Attending Physician at approximately 9:30 p.m. on 3/16/2014), was, at all times relevant, a Physician licensed by the state of New Jersey, whose specialty,

if any, is presently unknown, and practicing, including at defendant, ST. JOSEPH'S REGIONAL MEDICAL CENTER.

12.   Defendant, JOHN DOE, M.D. - 2 (Physician co-signing Dr. Hossain's 3/17/14 note timed at 1:20 a.m.), was, at all times relevant, a Physician licensed by the state of New Jersey, whose specialty, if any, is presently unknown, and practicing, including at defendant, ST. JOSEPH'S REGIONAL MEDICAL CENTER.

13.   Defendant, JANE DOE, R.N. - 1 (Nurse involved at time Plaintiff hit his head on I.V. pole), was, at all times relevant, a Registered Nurse(s) or other type of nurse, licensed by the state of New Jersey and practicing, including at defendant, ST. JOSEPH'S REGIONAL MEDICAL CENTER.

14.   The defendants, ST. JOSEPH'S REGIONAL MEDICAL CENTER, DR. HOSSAIN, WALDEMAR SILVA, M.D., BENEDICTA JIMENEZ, R.N., MARY ANN YUMUL, R.N., KATHLEEN HORTELANO, R.N., VALERIE SIFUENTES, PCA, JOHN DOE, M.D.-1 (Attending Physician at approximately 9:30 p.m. on 3/16/2014), JOHN DOE, M.D. - 2 (Physician co-signing Dr. Hossain's 3/17/14 note timed at 1:20 a.m.), JANE DOE, R.N. - 1 (Nurse involved at time Plaintiff hit his head on I.V. pole), JOHN DOE, M.D., 3-10, JANE DOE, M.D. 1-5,  JOHN DOE, R.N. 1-5, JANE DOE, R.N., 2-5, JOHN DOE, 1-10, JANE DOE, 1 -10 AND ABC-XYZ CORPORATION 1-10, fictitious names whose present identities are unknown, negligently and carelessly failed to exercise the degree of care and skill required

of them in his/her/their treatment of Lawrence Leroy Williams, including but not limited to; the following deviations from generally accepted standards of care:

(a)  The defendants failed to properly diagnose and/or timely treat Lawrence Leroy Williams' illness and condition.

(b)  The defendants failed to refer/failed to timely refer Lawrence Leroy Williams to medical personnel, including medical and/or surgical consultants, who possessed proper skill and training to treat Lawrence Leroy Williams' medical/surgical problem(s)/condition(s).

(c)  The defendants failed to properly and/or timely test.

(d)  The defendants negligently failed to provide appropriate medical and/or surgical treatment to Lawrence Leroy Williams and negligently treated Lawrence Leroy Williams.

(e)  The defendants failed to obtain proper and informed consent for the treatment rendered to Lawrence Leroy Williams.

(f)  The defendants failed to properly and/or timely communicate with each other and/or failed to properly Order and/or timely administer proper medication(s) to Lawrence Leroy Williams.

(g)  The defendants failed to properly assess Lawrence Leroy Williams' condition.

(h)  The defendants failed to properly interpret Lawrence Leroy Williams' neurological status.

(i)   The defendants failed to and/or failed to timely perform and/or recommend proper radiologic testing and/or imaging studies.

(j)   The defendants failed to properly monitor Lawrence Leroy Williams' neurological status.

(k)   The defendants failed to properly and/or timely place and/or transfer Lawrence Leroy Williams within defendant, St. Joseph's Regional Medical Center.

(l)   The defendants failed to provide proper care to Lawrence Leroy Williams to prevent injury to Lawrence Leroy Williams.

(m)   The defendants were otherwise negligent and careless and otherwise deviated from generally accepted medical standards in the treatment of Lawrence Leroy Williams.

15.   As a proximate result of the negligence of the defendants, ST. JOSEPH'S REGIONAL MEDICAL CENTER, DR. HOSSAIN, WALDEMAR SILVA, M.D., BENEDICTA JIMENEZ, R.N., MARY ANN YUMUL, R.N., KATHLEEN HORTELANO, R.N., VALERIE SIFUENTES, PCA, JOHN DOE, M.D.-1 (Attending Physician at approximately 9:30 p.m. on 3/16/2014), JOHN DOE, M.D. - 2 (Physician co-signing Dr. Hossain's 3/17/14 note timed at 1:20 a.m.), JANE DOE, R.N. - 1 (Nurse involved at time Plaintiff hit his head on I.V. pole), JOHN DOE, M.D., 3-10, JANE DOE, M.D. 1-5,   JOHN DOE, R.N. 1-5, JANE DOE, R.N., 2-5, JOHN DOE, 1-10, JANE DOE, 1 -10 AND ABC-XYZ CORPORATION 1-10, fictitious names whose present

identities are unknown, Lawrence Leroy Williams was caused to die.

16.   Such deviations additionally increased the likelihood of harm from Plaintiff's pre-existing injury and such deviations additionally were a substantial factor in Plaintiff, LAWRENCE LEROY WILLIAMS, suffering injury, including, but not limited to, death,

17.   One or more defendants were additionally negligent in not performing and/or not ordering the performance of diagnostic test(s).   The failure to properly test increased the risk of harm from Plaintiff, LAWRENCE LEROY WILLIAMS, pre-existing condition.

WHEREFORE, plaintiff, PAMELA WILLIAMS, as the Administrator and Administrator Ad Prosequendum of the Estate of LAWRENCE LEROY WILLIAMS, and Individually, demands entry of judgment against the defendants, ST. JOSEPH'S REGIONAL MEDICAL CENTER, DR. HOSSAIN, WALDEMAR SILVA, M.D., BENEDICTA JIMENEZ, R.N., MARY ANN YUMUL, R.N., KATHLEEN HORTELANO, R.N., VALERIE SIFUENTES, PCA, JOHN DOE, M.D.-1 (Attending Physician at approximately 9:30 p.m. on 3/16/2014), JOHN DOE, M.D. - 2 (Physician co-signing Dr. Hossain's 3/17/14 note timed at 1:20 a.m.), JANE DOE, R.N. - 1 (Nurse involved at time Plaintiff hit his head on I.V. pole), JOHN DOE, M.D., 3-10, JANE DOE, M.D. 1-5, JOHN DOE, R.N. 1-5, JANE DOE, R.N., 2-5, JOHN DOE, 1-10, JANE DOE, 1 -10 AND ABC-XYZ CORPORATION 1-10, fictitious names whose present identities are unknown, for damages, interest, attorneys' fees and costs of suit as provided by the New Jersey Wrongful Death Statute, *N.J.S.A.* 2A:31-1, *et seq.*, and as otherwise provided by law.

## SECOND COUNT

1.   Plaintiff repeats and re-pleads each and every allegation contained in the first count of the Complaint as if same were repeated at length herein.

2.   As a result of the aforementioned negligence of the defendants, the plaintiff's decedent, LAWRENCE LEROY WILLIAMS, was caused to suffer greatly prior to his death.

WHEREFORE, plaintiff, PAMELA WILLIAMS, as the Administrator and Administrator Ad Prosequendum of the Estate of LAWRENCE LEROY WILLIAMS, and Individually, demands entry of judgment against the defendants, ST. JOSEPH'S REGIONAL MEDICAL CENTER, DR. HOSSAIN, WALDEMAR SILVA, M.D., BENEDICTA JIMENEZ, R.N., MARY ANN YUMUL, R.N., KATHLEEN HORTELANO, R.N., VALERIE SIFUENTES, PCA, JOHN DOE, M.D.-1 (Attending Physician at approximately 9:30 p.m. om 3/16/2014), JOHN DOE, M.D. - 2 (Physician co-signing Dr. Hossain's 3/17/14 note timed at 1:20 a.m.), JANE DOE, R.N. - 1 (Nurse involved at time Plaintiff hit his head on I.V. pole), JOHN DOE, M.D., 3-10, JANE DOE, M.D. 1-5, JOHN DOE, R.N. 1-5, JANE DOE, R.N., 2-5, JOHN DOE, 1-10, JANE DOE, 1 -10 AND ABC-XYZ CORPORATION 1-10, fictitious names whose present identities are unknown, for damages, interest, attorneys' fees and costs of suit as provided by *N.J.S.A.* 2A:15-3, *et seq.*, and as otherwise provided by law.

## THIRD COUNT

1.    Plaintiff repeats and re-pleads each and every allegation contained in the first through second counts of the Complaint as if same were set forth at length herein.

2.    As a proximate result of the negligence of the defendants, ST. JOSEPH'S REGIONAL MEDICAL CENTER, DR. HOSSAIN, WALDEMAR SILVA, M.D., BENEDICTA JIMENEZ, R.N., MARY ANN YUMUL, R.N., KATHLEEN HORTELANO, R.N., VALERIE SIFUENTES, PCA, JOHN DOE, M.D.-1 (Attending Physician at approximately 9:30 p.m. on 3/16/2014), JOHN DOE, M.D. - 2 (Physician co-signing Dr. Hossain's 3/17/14 note timed at 1:20 a.m.), JANE DOE, R.N. - 1 (Nurse involved at time Plaintiff hit his head on I.V. pole), JOHN DOE, M.D., 3-10, JANE DOE, M.D. 1-5,   JOHN DOE, R.N. 1-5, JANE DOE, R.N., 2-5, JOHN DOE, 1-10, JANE DOE, 1 -10 AND ABC-XYZ CORPORATION 1-10, fictitious names whose present identities are unknown, the Estate of LAWRENCE LEROY WILLIAMS has incurred hospital, medical and funeral expenses.

WHEREFORE, plaintiff, PAMELA WILLIAMS, as the Administrator and Administrator Ad Prosequendum of the Estate of LAWRENCE LEROY WILLIAMS, and Individually, demands entry of judgment against the defendants for damages, interest, attorneys' fees, costs of suit and such other relief as the court deems equitable and just.

## FOURTH COUNT

1.    Plaintiff repeats and re-pleads each and every allegation contained in the first through third counts of the Complaint as if same were set forth at length herein.

2.    At all relevant times, the defendants, DR. HOSSAIN, WALDEMAR SILVA, M.D., BENEDICTA JIMENEZ, R.N., MARY ANN YUMUL, R.N., KATHLEEN HORTELANO, R.N., VALERIE SIFUENTES, PCA, JOHN DOE, M.D.-1 (Attending Physician at approximately 9:30 p.m. on 3/16/2014), JOHN DOE, M.D. - 2 (Physician co-signing Dr. Hossain's 3/17/14 note timed at 1:20 a.m.), JANE DOE, R.N. - 1 (Nurse involved at time Plaintiff hit his head on I.V. pole), JOHN DOE, M.D., 3-10, JANE DOE, M.D. 1-5, JOHN DOE, R.N. 1-5, JANE DOE, R.N., 2-5, JOHN DOE, 1-10, JANE DOE, 1 -10, were the agents, servants and/or apparent employees of the defendant, ST. JOSEPH'S REGIONAL MEDICAL CENTER, and/or ABC Corporations 1-5, fictitious names whose present identities are unknown, and were acting in the scope of their employment with ST. JOSEPH'S REGIONAL MEDICAL CENTER, and/or ABC Corporations 1-5, fictitious names whose present identities are unknown, when he/she/they deviated from accepted standards of care.

3.    As a result of the relationship between the defendants, DR. HOSSAIN, WALDEMAR SILVA, M.D., BENEDICTA JIMENEZ, R.N., MARY ANN YUMUL, R.N., KATHLEEN HORTELANO, R.N., VALERIE SIFUENTES, PCA, JOHN DOE, M.D.-1 (Attending Physician at approximately 9:30 p.m. on

3/16/2014), JOHN DOE, M.D. - 2 (Physician co-signing Dr. Hossain's 3/17/14 note timed at 1:20 a.m.), JANE DOE, R.N. - 1 (Nurse involved at time Plaintiff hit his head on I.V. pole), JOHN DOE, M.D., 3-10, JANE DOE, M.D. 1-5, JOHN DOE, R.N. 1-5, JANE DOE, R.N., 2-5, JOHN DOE, 1-10, JANE DOE, 1 -10, the defendants, ST. JOSEPH'S REGIONAL MEDICAL CENTER, and/or ABC Corporations 1-5, fictitious names whose present identities are unknown, are responsible for the negligence of the defendants, DR. HOSSAIN, WALDEMAR SILVA, M.D., BENEDICTA JIMENEZ, R.N., MARY ANN YUMUL, R.N., KATHLEEN HORTELANO, R.N., VALERIE SIFUENTES, PCA, JOHN DOE, M.D.-1 (Attending Physician at approximately 9:30 p.m. om 3/16/2014), JOHN DOE, M.D. - 2 (Physician co-signing Dr. Hossain's 3/17/14 note timed at 1:20 a.m.), JANE DOE, R.N. - 1 (Nurse involved at time Plaintiff hit his head on I.V. pole), JOHN DOE, M.D., 3-10, JANE DOE, M.D. 1-5, JOHN DOE, R.N. 1-5, JANE DOE, R.N., 2-5, JOHN DOE, 1-10, JANE DOE, 1 -10.

WHEREFORE, plaintiff, PAMELA WILLIAMS, as the Administrator and Administrator Ad Prosequendum of the Estate of LAWRENCE LEROY WILLIAMS, and Individually, demands entry of judgment against the defendants, ST. JOSEPH'S REGIONAL MEDICAL CENTER, DR. HOSSAIN, WALDEMAR SILVA, M.D., BENEDICTA JIMENEZ, R.N., MARY ANN YUMUL, R.N., KATHLEEN HORTELANO, R.N., VALERIE SIFUENTES, PCA, JOHN DOE, M.D.-1 (Attending Physician at approximately 9:30 p.m. on 3/16/2014), JOHN DOE, M.D. - 2 (Physician co-signing Dr. Hossain's 3/17/14 note timed at 1:20 a.m.), JANE DOE, R.N. - 1 (Nurse involved at time Plaintiff

hit his head on I.V. pole), JOHN DOE, M.D., 3-10, JANE DOE, M.D. 1-5,
JOHN DOE, R.N. 1-5, JANE DOE, R.N., 2-5, JOHN DOE, 1-10, JANE DOE,
1 -10 AND ABC-XYZ CORPORATION 1-10, fictitious names whose present
identities are unknown, for damages, interest, attorneys' fees,
costs of suit and such other relief as the court deems equitable and
just.

**FIFTH COUNT**

1.    Plaintiffs repeat and re-plead each and every allegation
contained in the first through fourth counts of the Complaint as if
same were set forth at length herein.

2.    The defendants, ST. JOSEPH'S REGIONAL MEDICAL CENTER, DR.
HOSSAIN, WALDEMAR SILVA, M.D., BENEDICTA JIMENEZ, R.N., MARY ANN
YUMUL, R.N., KATHLEEN HORTELANO, R.N., VALERIE SIFUENTES, PCA, JOHN
DOE, M.D.-1 (Attending Physician at approximately 9:30 p.m. on
3/16/2014), JOHN DOE, M.D. - 2 (Physician co-signing Dr. Hossain's
3/17/14 note timed at 1:20 a.m.), JANE DOE, R.N. - 1 (Nurse involved
at time Plaintiff hit his head on I.V. pole), JOHN DOE, M.D., 3-10,
JANE DOE, M.D. 1-5,   JOHN DOE, R.N. 1-5, JANE DOE, R.N., 2-5, JOHN
DOE, 1-10, JANE DOE, 1 -10 AND ABC-XYZ CORPORATION 1-10, fictitious
names whose present identities are unknown, failed and/or refused
to provide the minimum amount of information necessary in order for
the plaintiff, LAWRENCE LEROY WILLIAMS, to provide informed consent.

3.    As a proximate result of the negligence and other wrongful

conduct of the defendants, ST. JOSEPH'S REGIONAL MEDICAL CENTER, DR.
HOSSAIN, WALDEMAR SILVA, M.D., BENEDICTA JIMENEZ, R.N., MARY ANN
YUMUL, R.N., KATHLEEN HORTELANO, R.N., VALERIE SIFUENTES, PCA, JOHN
DOE, M.D.-1 (Attending Physician at approximately 9:30 p.m. on
3/16/2014), JOHN DOE, M.D. - 2 (Physician co-signing Dr. Hossain's
3/17/14 note timed at 1:20 a.m.), JANE DOE, R.N. - 1 (Nurse involved
at time Plaintiff hit his head on I.V. pole), JOHN DOE, M.D., 3-10,
JANE DOE, M.D. 1-5,   JOHN DOE, R.N. 1-5, JANE DOE, R.N., 2-5, JOHN
DOE, 1-10, JANE DOE, 1 -10 AND ABC-XYZ CORPORATION 1-10, fictitious
names whose present identities are unknown, LAWRENCE LEROY WILLIAMS,
was caused to die.

WHEREFORE, plaintiff, PAMELA WILLIAMS, as the
Administrator and Administrator Ad Prosequendum of the Estate of
LAWRENCE LEROY WILLIAMS, and Individually, demands entry of judgment
against the defendants, ST. JOSEPH'S REGIONAL MEDICAL CENTER, DR.
HOSSAIN, WALDEMAR SILVA, M.D., BENEDICTA JIMENEZ, R.N., MARY ANN
YUMUL, R.N., KATHLEEN HORTELANO, R.N., VALERIE SIFUENTES, PCA, JOHN
DOE, M.D.-1 (Attending Physician at approximately 9:30 p.m. on
3/16/2014), JOHN DOE, M.D. - 2 (Physician co-signing Dr. Hossain's
3/17/14 note timed at 1:20 a.m.), JANE DOE, R.N. - 1 (Nurse involved
at time Plaintiff hit his head on I.V. pole), JOHN DOE, M.D., 3-10,
JANE DOE, M.D. 1-5,   JOHN DOE, R.N. 1-5, JANE DOE, R.N., 2-5, JOHN
DOE, 1-10, JANE DOE, 1 -10 AND ABC-XYZ CORPORATION 1-10, fictitious
names whose present identities are unknown, for damages, interest,

attorneys' fees, costs of suit and such other relief as the court deems equitable and just.


SEIGEL CAPOZZI LAW FIRM, LLC

By: _____
Douglas S. Grossbart, Esq.
Attorneys for Plaintiff

DATED: January 28, 2015


## JURY DEMAND

Plaintiff hereby demands a trial by jury on all issues so triable.

## DEMAND FOR ANSWERS TO INTERROGATORIES

Demand is hereby made for fully responsive answers to Form C and Form C(3) Interrogatories appearing in Appendix II to the Rules of Court.  Please take notice that the information requested in the interrogatories may be necessary to prepare an Affidavit of Merit. Without the responses to these interrogatories, plaintiff may be unable to prepare an Affidavit of Merit and may be required to serve a sworn statement in lieu of an Affidavit of Merit pursuant to N.J.S.A. 2A:53A-26 et seq.

## DESIGNATION OF TRIAL COUNSEL

Edward P. Capozzi, Esq. is hereby designated as Trial Counsel pursuant to R 4:25-4.

SEIGEL CAPOZZI LAW FIRM, LLC

By: _____

Douglas S. Grossbart, Esq.
Attorneys for Plaintiff

DATED: January 28, 2015

## DEMAND FOR DISCOVERY OF INSURANCE INFORMATION

Pursuant To Rule 4:10-2(b), demand is hereby made that defendants disclose to plaintiffs' attorneys whether there are any insurance agreements or policies under which any person or firm carrying on an insurance business may be liable to satisfy part or all of a judgment and provide plaintiffs' attorneys with true copies of such insurance agreements or policies including, but not limited to, any and all declaration sheets. This demand shall be deemed to include and cover not only primary coverage but also any and all excess, catastrophic and umbrella policies.

## CERTIFICATION

I HEREBY CERTIFY that, to the best of my knowledge, the subject matter of the cause of action herein is not the subject of any other action pending in any court or of any pending arbitration proceeding and that no other court proceedings or arbitration proceedings are contemplated and that no other parties need be joined.

SEIGEL CAPOZZI LAW FIRM, LLC

By: _____
        Douglas S. Grossbart, Esq.
        Attorneys for Plaintiff.

DATED: January 28, 2015

# State of New Jersey
# Passaic County Surrogate's Court

In the Matter of the Estate of
Lawrence Leroy Williams, Deceased

(aka: )

ADMINISTRATION
AD PROSEQUENDUM
CERTIFICATE
Docket No.   208739

I, Hon. Bernice Toledo, Surrogate of Passaic County and  State of New Jersey, do certify that on August 7th, 2014, Letters of Administration Ad Prosequendum were granted to Pamela Williams who is/are authorized to bring an action, institute a proceeding or make a claim in decedent's name as such Administrator(s) Ad Prosequendum concerning the alleged wrongful death of Lawrence Leroy Williams, deceased, as in the Statute such case provided.

I further certify that said Letters of Administration Ad Prosequendum remain in full force and effect.



WITNESS my hand and seal of office, on August 7th, 2014

Bernice Toledo, Surrogate

Old Form: A9B          Version 3 12.10.18

# State of New Jersey
# **Passaic County Surrogate's Court**

In the Matter of the Estate of
Lawrence Leroy Williams, Deceased
(aka: )

LETTERS OF ADMINISTRATION
AD PROSEQUENDUM
Docket No.   208739

I, Hon. Bernice Toledo, Surrogate of Passaic County and State of New Jersey, do certify that on August 7th, 2014,  Administration Ad Prosequendum of decedent, Lawrence Leroy Williams, who died intestate, late of the County of Passaic and State of New Jersey was granted to Pamela Williams who is/are duly authorized to bring an action, institute a proceeding or make a claim in his/her/their name as such Administrator(s) Ad Prosequendum as in the statute such case provided.

WITNESS my hand and seal of office, on
August 7th, 2014



Bernice Toledo, Surrogate

Old Form: A9          Version 3.12.10.18

## NOTICE TO PRODUCE

   **PLEASE TAKE NOTICE** that pursuant to Rule 4:18 request is hereby
made upon you to produce and permit this party to inspect and copy
within thirty-five (35) days hereof, at the Law Offices of Seigel
Capozzi Law Firm LLC, 505 Goffle Road, Ridgewood, New Jersey 07450
the following items and documentation:

1.   The identity(ies) of the Attending Physician(s) at
     approximately 9:30 p.m. on 3/16/2014 as referenced in
     Exhibit 'A' attached hereto.

2.   The current St. Joseph's Regional Medical Center
     Employment status of any individuals responsive to No.
     1 above.

3.   The last known address of any individuals identified
     in No. 1 above who are not currently employed by St.
     Joseph's Regional Medical Center.

4.   The exact date any individual(s) referenced in No.
     3 above were no longer employed by St. Joseph's Regional
     Medical Center.

5.   The identity of the Physician co-signing Dr.
     Hossain's 3/17/14 note timed at 1:20 a.m. as referenced
     in Exhibit A.

6.   The current St. Joseph's Regional Medical Center
     Employment status of any individuals responsive to No.
     5 above.

7.   The last known address of any individual identified
     in No. 5 above who is not currently employed by St.
     Joseph's Regional Medical Center.

8.   The exact date any individual(s) referenced in No.
     5 above were no longer employed by St. Joseph's Regional
     Medical Center.

9.   The identity of the Nurse involved at the time Plaintiff hit his head on the I.V. pole as referenced in Exhibit A.

10.   The current St. Joseph's Regional Medical Center Employment status of any individuals responsive to No. 9 above.

11.   The last known address of any individuals identified in No. 9 above who are not currently employed by St. Joseph's Regional Medical Center.

12.   The exact date any individual(s) referenced in No. 9 above were no longer employed by St. Joseph's Regional Medical Center.

SEIGEL CAPOZZI LAW FIRM LLC

Douglas S. Grossbart

Attorney for Plaintiff

Dated: January 28, 2015

**EXHIBIT 'A'**

**St Joseph's Healthcare System**
St. Joseph's Regional Medical Center
St. Joseph's Wayne Hospital
A Division of St Joseph's Regional Medical Center
St. Vincent's Nursing Home

**PROGRESS NOTES**

Acct#: 40023441625  HRA#: 03B0076
WILLIAMS, LAWRENCE
DOB: /1950  63  N
Dr: SILVA, WALDEMAR  GRX

Lawrence William
0380076

| DATE / TIME | |
|---|---|
| 3/17/14 120 Am | PGY-1 Night Float. Notified by RN, pt hit his head on the pump while he was being cleaned/changed. RN did not witness or hear pt hit head. I came to evaluate patient after he already received his sleeping pill. Pt is on Plavix & Lovenox. Pt does have small hematoma on medial part above eyebrow but no elicited tenderness. No abrasions or any other signs of trauma. Pt was c/o headache prior to hitting his head but stated headache is relieved with Tylenol. Pt is currently comfortable in bed, sleeping. Will re-evaluate as needed.

HOSSAIN #0078 |
| 3/17/14 5:00 am | Anesthesia

Called by Medicine resident for acute respiratory distress/unresponsiveness. Pt ↑ O2 sat 95%, BP 105/55, HR 60. Pt S response to sternal rub. Drew new ↑ Mallampati # 4. ⊕ gastric contents around cords, intubated ↑ #8 ETT, 1mg versed/ 100mg lidocaine. ⊕ EZ-Cap. RS = Bil. tube glued in place by respiratory therapy. ⊕ Gastric contents suctioned from ETT O2 sat 100%. recommend CXR to confirm placement.

#0021 Woglom |

PLEASE WRITE LEGIBLY

**PROGRESS NOTES**

9/18/10 Page 1 of 1 HBG 2803HS

**SEIGEL CAPOZZI LAW FIRM, LLC**
**505 Goffle Road**
**Ridgewood, New Jersey 07450**
**Telephone No.: 201-444-4000**
**Facsimile No.: 201-444-7717**
**Attorneys for Plaintiff**

| | |
|---|---|
| PAMELA WILLIAMS, as Administrator Ad Prosequendum of the ESTATE OF LAWRENCE LEROY WILLIAMS, | SUPERIOR COURT OF NEW JERSEY LAW DIVISION: |
| *Plaintiffs* | Docket No.: |
| v. | *CIVIL ACTION* (medical malpractice) |
| ST. JOSEPH'S REGIONAL MEDICAL CENTER, DR. HOSSAIN, WALDEMAR SILVA, M.D., BENEDICTA JIMENEZ, R.N., MARY ANN YUMUL, R.N., KATHLEEN HORTELANO, R.N., VALERIE SIFUENTES, PCA, JOHN DOE, M.D.-1 (Attending Physician at approximately 9:30 p.m. om 3/16/2014), JOHN DOE, M.D. – 2 (Physician co-signing Dr. Hossain's 3/17/14 note timed at 1:20 a.m.), JANE DOE, R.N. – 1 (Nurse involved at time Plaintiff hit his head on I.V. pole), JOHN DOE, M.D., 3-10, JANE DOE, M.D. 1-5,  JOHN DOE, R.N. 1-5, JANE DOE, R.N., 2-5, JOHN DOE, 1-10, JANE DOE, 1 -10 AND ABC-XYZ CORPORATION 1-10, | AFFIDAVIT OF MERIT |
| *Defendants* | |

STATE OF NEW JERSEY      :
                                              : SS
COUNTY OF CAMDEN       :


John Kirby, M.D., of full age, being duly sworn according to law, upon his oath, deposes and says:

1.     I am a licensed Physician in the State of New Jersey and Board Certified in Internal Medicine.

2.     During the year immediately preceding the date of the occurrence that is the basis for the claim or action, I have devoted a majority of my professional time to either (a) the active clinical practice of Internal Medicine; or (b) the instruction of students in an accredited medical school, other accredited health professional school or accredited residency or clinical research program in Internal Medicine; or (c) both.

3.     I have no financial interest in the outcome of this case.

4.     I have reviewed the following records of LAWRENCE LEROY WILLIAMS:

     a. Records of  St. Joseph's Regional Medical Center, admission, 3/10/2014-3/24/2014.

5.     Based upon the records which I have reviewed and/or the facts of this matter, there is a reasonable probability that the care, skill or knowledge exercised or exhibited by ST. JOSEPH'S REGIONAL MEDICAL CENTER, DR. HOSSAIN, WALDEMAR SILVA, M.D., BENEDICTA JIMENEZ, R.N., MARY ANN YUMUL, R.N., KATHLEEN HORTELANO, R.N., VALERIE SIFUENTES, PCA, JOHN DOE, M.D.-1 (Attending Physician at approximately 9:30 p.m. om 3/16/2014), JOHN DOE, M.D. – 2 (Physician co-signing Dr. Hossain's 3/17/14 note timed at 1:20 a.m.) and JANE DOE, R.N. – 1 (Nurse involved at time Plaintiff hit his head on I.V. pole), in the treatment of LAWRENCE LEROY WILLIAMS fell outside acceptable professional or occupational standards or treatment practices.

I HEREBY CERTIFY that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

DATED:

_____

John Kirby, M.D.

Sworn and Subscribed

Before me this ___20___

Day of ~~January~~ 2015.

~~NOTARY PUBLIC~~ Richard J. Talbot, Esq.

Attorney-At-Law NJ and PA

NOTICE:

If any defendant contends that this Affidavit of Merit fails to completely satisfy the requirements of the Affidavit of Merit Statute and/or The New Jersey Medical Care Access and Responsibility and Patients First Act of 2004, N.J.S.A. 2a:53a-38 et Seq. in any way, demand is hereby made that the defendant immediately notify the plaintiff of any such alleged deficiencies so that same may be corrected if necessary and within the time constraints of N.J.S.A. 2A:53A-26 et seq.

Appendix XII-B1

| CIVIL CASE INFORMATION STATEMENT (CIS) | FOR USE BY CLERK'S OFFICE ONLY |
|---|---|
| | PAYMENT TYPE: ☐ CK ☐ CG ☐ CA |
| | CHG/CK NO. |
| Use for initial Law Division Civil Part pleadings (not motions) under *Rule* 4:5-1 Pleading will be rejected for filing, under *Rule* 1:5-6(c), if information above the black bar is not completed or attorney's signature is not affixed | AMOUNT: |
| | OVERPAYMENT: |
| | BATCH NUMBER: |

| ATTORNEY / PRO SE NAME | TELEPHONE NUMBER | COUNTY OF VENUE |
|---|---|---|
| Douglas S. Grossbart, Esq. | (201) 444-4000 | Passaic |

| FIRM NAME (if applicable) | DOCKET NUMBER (when available) |
|---|---|
| Seigel Capozzi Law Firm | L - 2894-5 |

| OFFICE ADDRESS | DOCUMENT TYPE |
|---|---|
| 505 Goffle Road Ridgewood, NJ 07450 | Complaint |
| | JURY DEMAND   ☒ YES   ☐ No |

| NAME OF PARTY (e.g., John Doe, Plaintiff) | CAPTION |
|---|---|
| Pamela Williams, as Admin. Ad Prosequendum of the Estate of Lawrence Leroy Williams, Plaintiff | Pamela Williams v. St. Joseph's Medical Center, Dr. Hossain, waldemar Silva, M.D., Benedicta Jimenez, R.N., Mary Amm Yumul, R.N., Kathleen Hortelano, R.N., Valerie Sifuentes, PCA, et al. |

| CASE TYPE NUMBER (See reverse side for listing) | HURRICANE SANDY RELATED? | IS THIS A PROFESSIONAL MALPRACTICE CASE?   ☒ YES   ☐ NO |
|---|---|---|
| 604 | ☐ YES   ☒ NO | IF YOU HAVE CHECKED "YES," SEE *N.J.S.A.* 2A:53 A -27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT. |

| RELATED CASES PENDING? | IF YES, LIST DOCKET NUMBERS |
|---|---|
| ☐ YES          ☒ No | |

| DO YOU ANTICIPATE ADDING ANY PARTIES (arising out of same transaction or occurrence)? | NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY (if known) |
|---|---|
| ☐ YES          ☒ No | ☐ NONE   ☒ UNKNOWN |

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.**

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

| DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP? | IF YES, IS THAT RELATIONSHIP: |
|---|---|
| ☐ YES          ☒ No | ☐ EMPLOYER/EMPLOYEE  ☐ FRIEND/NEIGHBOR  ☐ OTHER (explain)  ☐ FAMILIAL  ☐ BUSINESS |

DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY?   ☐ YES   ☒ NO

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION

| DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS? | IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION |
|---|---|
| ☐ YES          ☒ No | |
| WILL AN INTERPRETER BE NEEDED? | IF YES, FOR WHAT LANGUAGE? |
| ☐ YES          ☒ No | |

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).

ATTORNEY SIGNATURE

**Side 2**

# CIVIL CASE INFORMATION STATEMENT
## (CIS)
### Use for initial pleadings (not motions) under *Rule* 4:5-1

## CASE TYPES (Choose one and enter number of case type in appropriate space on the reverse side.)

**Track I - 150 days' discovery**
151   NAME CHANGE
175   FORFEITURE
302   TENANCY
399   REAL PROPERTY (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction)
502   BOOK ACCOUNT (debt collection matters only)
505   OTHER INSURANCE CLAIM (including declaratory judgment actions)
506   PIP COVERAGE
510   UM or UIM CLAIM (coverage issues only)
511   ACTION ON NEGOTIABLE INSTRUMENT
512   LEMON LAW
801   SUMMARY ACTION
802   OPEN PUBLIC RECORDS ACT (summary action)
999   OTHER (briefly describe nature of action)

**Track II - 300 days' discovery**
305   CONSTRUCTION
509   EMPLOYMENT (other than CEPA or LAD)
599   CONTRACT/COMMERCIAL TRANSACTION
603N  AUTO NEGLIGENCE – PERSONAL INJURY (non-verbal threshold)
603Y  AUTO NEGLIGENCE – PERSONAL INJURY (verbal threshold)
605   PERSONAL INJURY
610   AUTO NEGLIGENCE – PROPERTY DAMAGE
621   UM or UIM CLAIM (includes bodily injury)
699   TORT – OTHER

**Track III • 450 days' discovery**
005   CIVIL RIGHTS
301   CONDEMNATION
602   ASSAULT AND BATTERY
604   MEDICAL MALPRACTICE
606   PRODUCT LIABILITY
607   PROFESSIONAL MALPRACTICE
608   TOXIC TORT
609   DEFAMATION
616   WHISTLEBLOWER / CONSCIENTIOUS EMPLOYEE PROTECTION ACT (CEPA) CASES
617   INVERSE CONDEMNATION
618   LAW AGAINST DISCRIMINATION (LAD) CASES

**Track IV • Active Case Management by Individual Judge / 450 days' discovery**
156   ENVIRONMENTAL/ENVIRONMENTAL COVERAGE LITIGATION
303   MT. LAUREL
508   COMPLEX COMMERCIAL
513   COMPLEX CONSTRUCTION
514   INSURANCE FRAUD
620   FALSE CLAIMS ACT
701   ACTIONS IN LIEU OF PREROGATIVE WRITS

**Multicounty Litigation (Track IV)**

| | | |
|---|---|---|
| 266 | HORMONE REPLACEMENT THERAPY (HRT) | 288   PRUDENTIAL TORT LITIGATION |
| 271 | ACCUTANE/ISOTRETINOIN | 289   REGLAN |
| 274 | RISPERDAL/SEROQUEL/ZYPREXA | 290   POMPTON LAKES ENVIRONMENTAL LITIGATION |
| 278 | ZOMETA/AREDIA | 291   PELVIC MESH/GYNECARE |
| 279 | GADOLINIUM | 292   PELVIC MESH/BARD |
| 281 | BRISTOL-MYERS SQUIBB ENVIRONMENTAL | 293   DEPUY ASR HIP IMPLANT LITIGATION |
| 282 | FOSAMAX | 295   ALLODERM REGENERATIVE TISSUE MATRIX |
| 284 | NUVARING | 296   STRYKER REJUVENATE/ABG II MODULAR  HIP STEM COMPONENTS |
| 285 | STRYKER TRIDENT HIP IMPLANTS | 297   MIRENA CONTRACEPTIVE DEVICE |
| 286 | LEVAQUIN | 601   ASBESTOS |
| 287 | YAZ/YASMIN/OCELLA | 623   PROPECIA |

If you believe this case requires a track other than that provided above, please indicate the reason on Side 1,
in the space under "Case Characteristics.

**Please check off each applicable category** ☐ Putative Class Action     ☐ Title 59

PASSAIC SUPERIOR COURT
PASSAIC COUNTY COURTHOUSE
77 HAMILTON STREET
PATERSON          NJ 07505                    TRACK ASSIGNMENT NOTICE

COURT TELEPHONE NO. (973) 247-8176
COURT HOURS  8:30 AM - 4:30 PM

                         DATE:   JANUARY 30, 2015
                         RE:     WILLIAMS VS ST JOSEPHS REGIONAL MEDICAL CEN
                         DOCKET: PAS L -000289 15

    THE ABOVE CASE HAS BEEN ASSIGNED TO:  TRACK 3.

    DISCOVERY IS   450 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

    THE PRETRIAL JUDGE ASSIGNED IS:  HON RUDOLPH A. FILKO

    IF YOU HAVE ANY QUESTIONS, CONTACT TEAM       001
AT:  (973) 247-8205.

    IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
 CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
    PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDAN
WITH  R.4:5A-2.
                         ATTENTION:

                              ATT: EDWARD. P. CAPOZZZI
                              SEIGEL CAPOZZI LAW FIRM LLC
                              505 GOFFLE ROAD
                              RIDGEWOOD          NJ 07450-4044

JUCVI