UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAMELA WILLIAMS, as Administrator and Administrator Ad Prosequendum of the ESTATE OF LAWRENCE LEROY WILLIAMS and PAMELA WILLIAMS, Individually,<br><br>*Plaintiff,*<br>v.<br><br>ST. JOSEPH'S REGIONAL MEDICAL CENTER, DR. HOSSAIN, WALDEMAR SILVA, M.D., BENEDICTA JIMENEZ, R.N., MARY ANN YUMUL, R.N., KATHLEEN HORTELAN, R.N., VALERIE SIFUENTES, PCA, JOHN DOE M.D.-1 (Attending Physician at Approximately 9:30 p.m. on 3/16/2014), JOHN DOE, M.D.-1 (Attending Physician at Approximately 9:30 pm on 3/16/2014) JOHN DOE, M.D.-2 (Physician co-signing Dr. Hossain's 3/17/12 note timed at 1:20 a.m.), JANE DOE, R.N.-1 (Nurse involved at time Plaintiff hit his head on I.V. pole), JOHN DOE, M.D. 3-10, JANE DOE M.D. 1-5, JOHN DOE R.N. 1-5, JANE DOE, R.N. 2-5, JOHN DOE 1-10, JANE DOE 1-10, fictitious names whose present identities are unknown,<br><br>*Defendants.* | HON. JOSE L. LINARES<br><br>*Civil Action No.*<br>2:15-cv-05583-JLL-JAD<br><br><br>STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO THE UNITED STATES OF AMERICA, SUBSTITUTED AS A PARTY DEFENDANT IN THE PLACE OF WALDEMAR SILVA, M.D. |

The parties, through their attorneys, hereby stipulate that this civil action shall be dismissed without prejudice and without costs pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) as to Defendant United States of America, which was substituted as a party defendant in the place of Waldemar Silva, M.D. The dismissal of the United States is based on the plaintiff having not

presented an administrative tort claim to the appropriate federal agency for consideration prior to filing this lawsuit as required by the Federal Tort Claims Act, 28 U.S.C. § 2675(a).

The parties further stipulate that in light of the dismissal of the United States as a party defendant, this action should be remanded to the Superior Court of New Jersey, Law Division, Passaic County, for further proceedings.

Respectfully submitted,

_____
Douglas S. Grossbart, Esq.
Seigel Capozzi Law Firm, LLC
505 Goffle Road
Ridgewood, NJ 07450
*For Plaintiff*

Dated: July 2¥, 2015

_____
Paul J. Fishman
United States Attorney
Allan B. K. Urgent
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
*For Defendant United States*

Dated: ~~July~~ 10, 2015

_____
Evelyn C. Farkas, Esq.
Farkas & Donohue
25A Hanover Road, Suite 320
Florham Park, NJ 07932
*For Defendant St. Joseph's Regional Hospital and Medical Center and all identified health care providers except Waldemar Silva, M.D.*

Dated: July ___, 2015

SO ORDERED: _____
DATED: 8/21/15

2