IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAMELA WILLIAMS, as Administrator and Administrator Ad Prosequendum of the ESTATE OF LAWRENCE LEROY WILLIAMS, and PAMELA WILLIAMS, Individually,<br><br>　　　　　**Plaintiffs,**<br><br>　　　　　v.<br><br>ST. JOSEPH'S REGIONAL MEDICAL CENTER, DR. HOSSAIN, WALDEMAR SILVA, M.D., BENEDICTA JIMENEZ, R.N., MARY ANN YUMUL, R.N., KATHLEEN HORTELANO, R.N., VALERIE SIFUENTES, PCA, et al.<br><br>　　　　　**Defendants.** | Civil Action No.:<br><br>　　2:15-cv-05583-JLL-JAD<br><br><br>**ORDER of ALLOCATION of SETTLEMENT PROCEEDS** |

    This matter having come before the court on application of Seigel Capozzi law firm, attorneys for Plaintiffs, Pamela Williams, as Administrator and Administrator Ad Prosequendum of the Estate of Lawrence Leroy Williams, and Pamela Williams, Individually, for an Order of Allocation of the Settlement Proceeds from the medical malpractice case, and the court having been advised that the matter settled in the amount of

$225,000.00, which, after case costs and attorney's fees, will result in net proceeds of approximately 146,652.77, and the court having been further advised that Lawrence Leroy Williams, who died Intestate, is survived by his father, Clinton Williams, and seven (7) natural children; Lavernie Williams, Krystal Jones, Javis Williams, Larry Williams, Jr., Tammithee Williams, Jennifer Bethea, and Clarice Williams, all of whom are of full age, and the court being advised that an allocation hearing is being waived as all heirs/beneficiaries have agreed to the within proposed allocation; and the court having reviewed the Affidavits of all heirs/beneficiaries named herein;

It is on this 3RD day of June, 2016

**ORDERED** that the net proceeds of this settlement will be divided as follows: half (approximately $73,326.38) payable to Clinton Williams (Lawrence Williams' father) and the other half of the net proceeds (approximately $73,326.38) to be divided in equal shares of approximately $10,475.20 among Lawrence Williams's seven (7) children.

_____
Hon. Joseph A. Dickson